CRAIG MARIAM, ESQ.
Nevada State Bar No. 10926
ROBERT E. SCHUMACHER, ESQ.
Nevada State Bar No. 7504
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
Facsimile: (702) 255-2858
Email: cmariam@grsm.com
       rschumacher@grsm.com

*Attorneys for Defendants*
*AGS, LLC AND PLAYAGS, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC., ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., and ARISTOCRAT INTERNATIONAL PTY LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> AGS, LLC, and PLAYAGS, INC., <br><br> Defendants. | CASE NO. 2:18-cv-00396 <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS AGS, LLC AND PLAYAGS, INC. TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS AGS, LLC AND PLAYAGS, INC., TO RESPOND TO COMPLAINT**

Defendants, AGS, LLC and PLAYAGS, Inc., ("Defendants") by and though their counsel of record, Craig Mariam, Esq. and Robert E. Schumacher, Esq., of the law firm of GORDON REES SCULLY MANSUKHANI, LLP ("GRSM"), and Plaintiffs ARISTOCRAT TECHNOLOGIES, INC., ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., and ARISTOCRAT INTERNATIONAL PTY LTD. ("Plaintiffs"), by and through their counsel of record, Nicholas J. Santoro, Esq. and Jason D. Smith, Esq., of the law firm of SANTORO

1  WHITMIRE, hereby stipulate and agree to allow Defendants an additional two weeks to respond
2  to Plaintiffs' Complaint.  Defendants' response is currently due on March 28, 2018 and will be
3  continued to April 11, 2018.
4      Said continuance is being stipulated to in order to give Defendants adequate time to
5  respond to Plaintiffs' Complaint in light of GRSM' recent retention and for potential resolution
6  of Plaintiffs' claims.

7  DATED this 22nd day of March, 2018.        DATED this 27th day of March, 2018.

8  **SANTORO WHITMIRE**                **GORDON REES SCULLY MANSUKHANI, LLP**

10 */s/ Jason D. Smith*                */s/ Robert E. Schumacher*
   NICHOLAS J. SANTORO, ESQ.           CRAIG MARIAM, ESQ.
11 Nevada State Bar No. 532             Nevada State Bar No. 10926
   JASON D. SMITH, ESQ.                ROBERT E. SCHUMACHER, ESQ.
12 Nevada State Bar No. 9691            Nevada State Bar No. 7504
   10100 W. Charleston Blvd., Suite 250  300 S. 4TH Street, Suite 1550
13 Las Vegas, Nevada 89135               Las Vegas, Nevada 89101
   *Attorneys for Plaintiffs*            *Attorney for Defendants,*
14 *ARISTOCRAT TECHNOLOGIES, INC.,*      *AGS, LLC and PLAYAGS, INC.*
   *ARISTOCRAT TECHNOLOGIES*
15 *AUSTRALIA PTY LTD., AND*
16 *ARISTOCRAT INTERNATIONAL PTY LTD.*

## ORDER

Pursuant to the foregoing stipulation and good cause showing therefore:

Defendants will have until April 11, 2018 to respond Plaintiffs' Complaint.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/28/2018

Respectfully Submitted:

**GORDON REES SCULLY MANSUKHANI, LLP**

_/s/ Robert E. Schumacher_
CRAIG MARIAM, ESQ.
Nevada State Bar 10926
ROBERT E. SCHUMACHER, ESQ.
Nevada State Bar No. 7504
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorney for Defendants*
*AGS, LLC and PLAYAGS, INC.*