NICHOLAS J. SANTORO (NBN 532)
JASON SMITH (NBN 9691)
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com
jsmith@santoronevada.com

GARY M. RUBMAN
(Admitted *pro hac vice*)
PETER SWANSON
(Admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
Tel.: (202) 662-6000 / Fax: (202) 662-6291
E-mail: grubman@cov.com
pswanson@cov.com

SIMON J. FRANKEL
(Admitted *pro hac vice*)
ETHAN C. FORREST
(Admitted *pro hac vice*)
REBECCA A. JACOBS
(Admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One Front Street
San Francisco, CA 94111-5356
Tel.: (415) 591-6000 / Fax: (415) 591-6091
E-mail:sfrankel@cov.com
eforrest@cov.com
rjacobs@cov.com

*Attorneys for Plaintiffs*
*Aristocrat Technologies, Inc.,*
*Aristocrat Technologies Australia Pty Ltd., and*
*Aristocrat International Pty Ltd.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, INC., ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., and ARISTOCRAT INTERNATIONAL PTY LTD., <br><br>Plaintiffs, <br><br>v. <br><br>AGS, LLC and PLAYAGS, INC., <br><br>Defendants. | CASE NO. 2:18-cv-00396-GMN-GWF <br><br><br>**JOINT MOTION TO STAY ALL CASE DEADLINES FOR THIRTY DAYS** <br><br>**(FIRST REQUEST)** |

1 | Pursuant to Federal Rule of Civil Procedure 6 and Civil Local Rules 6-1 and 6-2, Plaintiffs Aristocrat Technologies, Inc., Aristocrat Technologies Australia Pty Ltd., and Aristocrat International Pty Ltd. (collectively, "Aristocrat") and Defendants AGS LLC and PlayAGS, Inc. (collectively, "Defendants") respectfully move the Court to stay this matter for 30 days. The parties have been engaged in productive settlement discussions, and the parties anticipate reaching a final settlement of this matter within the next 30 days.

The parties therefore seek a 30-day stay of all case deadlines, including without limitation deadlines for responding to outstanding discovery requests and Aristocrat's deadline for filing objections to the Court's Order denying Aristocrat's motion to strike (ECF No. 36). This will allow the parties to seek to conclude the settlement in a prompt manner, and it will avoid the cost and impact of ongoing litigation, as well as any waste of judicial resources. This is the parties' first request for such a stay.

If the Court grants this joint request and the parties are unable to finalize a settlement, the parties will file a joint status report within 30 days of the Court's order. The joint status report will inform the Court of the status of the settlement discussions and propose new deadlines for any events that were stayed.

For these reasons, the parties respectfully request that the Court grant this joint motion and stay all deadlines for 30 days.

DATED: July 9, 2018

| */s/ Jason Smith* | */s/ Samuel B. Laughlin* |
|---|---|
| NICHOLAS J. SANTORO (NBN 532) | CRAIG J. MARIAM (NBN 10926) |
| JASON SMITH (NBN 9691) | ROBERT E. SCHUMACHER (NBN 7504) |
| **SANTORO WHITMIRE, LTD.** | **GORDON REES SCULLY** |
| 10100 W. Charleston Blvd., Suite 250 | **  MANSUKHANI, LLP** |
| Las Vegas, NV  89135 | 300 South Fourth Street, Suite 1550 |
| Tel.:  (702) 948-8771 | Las Vegas, NV  89101 |
| Fax:  (702) 948-8773 | Tel.:  (702) 577-9300 |
| E-mail:  nsantoro@santoronevada.com, | Fax:  (877) 306-0043 |
|            jsmith@santoronevada.com | E-mail: cmariam@grsm.com, |
|  |            rschumacher@grsm.com, |

| | |
|---|---|
| GARY M. RUBMAN<br>(admitted *pro hac vice*)<br>PETER A. SWANSON<br>(admitted *pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001<br>Tel.: (202) 662-6000<br>Fax: (202) 662-6291<br>E-mail: grubman@cov.com,<br>        pswanson@cov.com<br><br>SIMON J. FRANKEL<br>(admitted *pro hac vice*)<br>ETHAN C. FORREST<br>(admitted *pro hac vice*)<br>REBECCA A. JACOBS<br>(admitted *pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>One Front Street<br>San Francisco, CA 94111-5356<br>Tel.: (415) 591-6000<br>Fax: (415) 591-6091<br>E-mail:sfrankel@cov.com,<br>      eforrest@cov.com,<br>      rjacobs@cov.com<br><br>*Attorneys for Plaintiffs-Counterclaim Defendants* | SAMUEL B. LAUGHLIN<br>(admitted *pro hac vice*)<br>**GORDON REES SCULLY<br>  MANSUKHANI, LLP**<br>633 West Fifth Street, Suite 5200<br>Los Angeles, CA 90071<br>Tel.: (213) 576-5000<br>Fax: (877) 306-0043<br>E-mail: slaughlin@grsm.com<br><br>*Attorneys for Defendants-Counterclaim Plaintiffs* |

**ORDER**

In light of the parties' Joint Motion, **IT IS HEREBY ORDERED** that this case is **STAYED**. All pending deadlines are hereby extended by thirty (30) days from the signing of this Order.

Dated this __19__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2018, I electronically filed the **JOINT MOTION TO STAY ALL CASE DEADLINES FOR THIRTY DAYS** with the Clerk of the Court using the CM/ECF system which sent notification to the following counsel of record in this matter:

**Gordon Rees Scully Mansukhani, LLP**
Craig J. Mariam                    E-mail: cmariam@gordonrees.com
Robert E. Schumacher               E-mail: rschumacher@grsm.com
Samuel B. Laughlin                 E-mail: slaughlin@grsm.com
*Attorneys for Defendants/Counterclaimant*

 */s/ Rachel Jenkins*
An employee of Santoro Whitmire