NICHOLAS J. SANTORO
Nevada Bar No. 532
JASON SMITH
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com
jsmith@santoronevada.com

GARY M. RUBMAN
(Admitted *pro hac vice*)
PETER SWANSON
(Admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
Tel.: (202) 662-6000 / Fax: (202) 662-6291
Email: grubman@cov.com
pswanson@cov.com

SIMON J. FRANKEL
(Admitted *pro hac vice*)
ETHAN C. FORREST
(Admitted *pro hac vice*)
REBECCA A. JACOBS
(Admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One Front Street
San Francisco, CA 94111-5356
Tel.: (415) 591-6000 / Fax: (415) 591-6091
Email: sfrankel@cov.com
eforrest@cov.com
rjacobs@cov.com

*Attorneys for Plaintiffs*
*Aristocrat Technologies, Inc.,*
*Aristocrat Technologies Australia Pty Ltd., and*
*Aristocrat International Pty Ltd.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

ARISTOCRAT TECHNOLOGIES, INC., ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LTD., and ARISTOCRAT INTERNATIONAL PTY LTD.,

Plaintiffs,

v.

AGS, LLC and PLAYAGS, INC.,

Defendants.

Case No. 2:18-cv-00396-GMN-GWF

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs-Counterclaim Defendants Aristocrat Technologies, Inc., Aristocrat Technologies Australia Pty Ltd., and Aristocrat International Pty Ltd. (collectively, "Aristocrat") and Defendants-Counterclaim Plaintiffs AGS, LLC and PlayAGS, Inc. (collectively, "AGS") (Aristocrat and AGS collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1. Aristocrat filed a Complaint in this matter on March 5, 2018. (ECF No. 1).

2. AGS filed an Answer and Counterclaims on April 11, 2018. (ECF Nos. 17, 18).

3. The Parties have reached a settlement of all disputes in this case (the "Settlement Agreement"). As part of the Settlement Agreement, the Parties have agreed to dismiss all claims and counterclaims in this case with prejudice.

4. Neither Party will move for an award of attorneys' fees or costs.

Pursuant to the Settlement Agreement, the Parties respectfully request that the Court approve this stipulation and order as follows: (1) all claims and counterclaims asserted by the Parties in any pleading in this action are dismissed with prejudice; and (2) this Court shall retain jurisdiction to enforce the Settlement Agreement and this Order of Dismissal.

Respectfully submitted this 22nd day of August, 2018.

For Aristocrat:

*/s/ Jason D. Smith*

NICHOLAS J. SANTORO
Nevada Bar No. 532
JASON SMITH
Nevada Bar No. 9691
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com, jsmith@santoronevada.com

GARY M. RUBMAN
(admitted *pro hac vice*)
PETER A. SWANSON
(admitted *pro hac vice*)
COVINGTON & BURLING LLP

For AGS:

*/s/ Craig J. Mariam*

CRAIG J. MARIAM
Nevada Bar No. 10926
ROBERT E. SCHUMACHER
Nevada Bar No. 7504
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Tel.: (702) 577-9300 / Fax: (877) 306-0043
E-mail: cmariam@grsm.com
rschumacher@grsm.com

*Attorneys for Defendants-Counterclaim Plaintiffs*

One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000 / Fax: (202) 662-6291
E-mail: grubman@cov.com,
pswanson@cov.com

SIMON J. FRANKEL
(admitted *pro hac vice*)
ETHAN C. FORREST
(admitted *pro hac vice*)
REBECCA A. JACOBS
(admitted *pro hac vice*)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Tel.: (415) 591-6000 / Fax: (415) 591-6091
E-mail: sfrankel@cov.com,
eforrest@cov.com,
rjacobs@cov.com

*Attorneys for Plaintiffs-Counterclaim Defendants*

**ORDER**

**IT IS HEREBY ORDERED** that pursuant to the foregoing, the Court hereby **GRANTS** the parties' Stipulation to Dismiss. The Court, however, declines to retain jurisdiction to enforce the parties' Settlement Agreement.

**IT IS SO ORDERED.**

DATED this 30 day of August, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2018, I electronically filed the foregoing STIPULATION AND ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF system which sent notification to the following counsel of record in this matter:

**Gordon Rees Scully Mansukhani, LLP**
Craig J. Mariam E-mail: cmariam@gordonrees.com
Robert E. Schumacher E-mail: rschumacher@grsm.com
Samuel B. Laughlin E-mail: slaughlin@grsm.com

*Attorneys for Defendants/Counterclaimants*

*/s/ Rachel Jenkins*
An employee of Santoro Whitmire